December 1, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JONATHAN GILCHRIST AND AMERICAN ENTERPRISE DEVELOPMENT
CORP., Appellants

NO. 14-10-00901-CV                  V.

JAMES W. CARROLL AND BRIGHT HAWK RESOURCES, INC., Appellees

_____

This cause, an appeal from the judgment signed June 16, 2010 in favor of appellee James W. Carroll, was heard on the transcript of the record. We have inspected the record and have found no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Jonathan Gilchrist and American Enterprise Development Corp. jointly and severally to pay all costs incurred in this appeal. We further order this decision certified below for observance.